THE STATE, EX REL. VITORATOS, *v.* WHIDDON, POLICE CHIEF.

[Cite as State, ex rel. Vitoratos, v. Whiddon, Police Chief,
3 Ohio St. 2d 52.]

(No. 38266—Decided June 30, 1965.)

*Mr. William Vitoratos, in propria persona.*

*Mr. James Barbuto,* director of law, and *Miss Mary Cacioppo,* for respondent.

*Per Curiam.* If, as relator contends, respondent has property belonging to relator, relator may recover such property in an action of replevin. In the exercise of its discretion, this court will ordinarily refuse a writ of mandamus where relator has an adequate remedy in the ordinary course of the law. *State, ex rel. Libbey-Owens-Ford Glass Co.,* v. *Industrial Commission,* 162 Ohio St. 302.

*Writ denied.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.